**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| GREGORY ANDERSON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:25-cv-02190-SHL-cgc |
| HALSTED FINANCIAL SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 2), filed February 21, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation for Order of Dismissal (ECF No. 18), filed August 12, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 13, 2026
Date